**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JIMMY T. WRAY**                                                              **PLAINTIFF**

**VS.**                                            **CAUSE NO: 1:06CV150**

**LEGGETT & PLATT, INC.**                                   **DEFENDANT**
**D/B/A HANES INDUSTRIES**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby **ORDERED** that

(1) The Motion for Summary Judgment [20] filed by the Defendant, Hanes Industries, is **GRANTED**.

(2) Thus, the case is **DISMISSED**, and further the clerk shall **CLOSE** this case and **TERMINATE** its trial date.

**SO ORDERED**, this the 18th day of April, 2008.

                                                                            **/s/ Sharion Aycock**
                                                                            **U.S. DISTRICT COURT JUDGE**